IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Aaron Rakhra, | NO. C 09-02321 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| U. S. District Court, et al., | |
| Defendants. | |

Pursuant to the Court's July 9, 2009 Order Granting Defendants' Motion to Dismiss With Prejudice, judgment is entered in favor of Defendants the United States District Court and the Honorable Ronald M. Whyte, against Plaintiff Aaron Rakhra.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: July 9, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Claire T. Cormier claire.cormier@usdoj.gov

Aaron Rakhra
16022 Rose Avenue
Monte Sereno, CA 95030

|  |  |
|---|---|
| **Dated:  July 9, 2009** | **Richard W. Wieking, Clerk** |
|  | **By:     /s/ JW Chambers** |
|  | **Elizabeth Garcia** |
|  | **Courtroom Deputy** |